IN THE SUPREME COURT OF THE STATE OF MONTANA



**FILED**

04/20/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA



Case Number: PR 06-0422

IN THE MATTER OF THE PETITION OF
WILLIAM N. SHEPHERD

O R D E R

FILED

APR 20 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

William N. Shepherd has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of his application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission. Shepherd passed the MPRE in 1994 when seeking admission to the practice of law in Missouri. Shepherd was admitted to the Missouri Bar and was thereafter admitted to the Illinois Bar by testing and the District of Columbia bar upon motion. The petition states that Shepherd has "[p]racticed law for 23 years, without any ethical or disciplinary issues in any jurisdiction where licensed or where admitted pro had vice." Good cause appearing,

IT IS HEREBY ORDERED that the petition of William N. Shepherd to waive the three-year test requirement for the MPRE for purposes of his current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 23 day of April, 2021.

_____
Chief Justice

_____

_(signatures)_

Justices

2